UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| v. : | 1:21-mj-00464 |
| SHAWN PRICE, : | |
| Defendant. : | |

**ORDER**

Upon consideration of Defendant's Motion for Admission *Pro Hac Vice* of Harley D. Breite, it is hereby ORDERED that the Motion is GRANTED. Harley D. Breite is admitted *pro hac vice* and may appear on behalf of Defendant Shawn Price in the above-captioned matter.

Dated:___January 18___, 2022

_____
G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE