UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                              )<br>                    v.                                   )   No.   21-mj-00464<br>SHAWN PRICE,                                  )<br>                                                              )<br>                    Defendant.                     )<br>_____)| |

### RESPONSE TO PRETRIAL VIOLATION REPORT

The United States of America, through undersigned counsel, files this response to the pretrial violation report for defendant Shawn Price filed on January 13, 2022. Given the unusual circumstances surrounding his first attempt to enter inpatient treatment—his positive COVID test and the ensuing need to quarantine—the government believes that Mr. Price can be given another chance to report to inpatient treatment following the end of his mandatory quarantine period. However, the government agrees with pretrial services that Mr. Price should be required to produce a new third party custodian, due to the content of his existing custodian's communications with the pretrial services officer, which are outlined in the attachments to the pretrial services violation report, *see* Dkts. 20-1, 20-2, and 20-4.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052


*/s/ William Dreher*
WILLIAM DREHER
D.C. Bar No. 1033828
Assistant United States Attorney (Detailed)
700 Stewart Street, Suite 5220

1

>Seattle, WA 98101
>(206) 553-4579
>william.dreher@usdoj.gov