UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>)<br>            v.                            )<br>SHAWN PRICE,                     )<br>)<br>        Defendant.           )<br>_____) | No.   21-mj-464 |

**JOINT MOTION TO CONTINUE AND**
**TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The United States of America, through the U.S. Attorney for the District of Columbia, and joined by defendant Shawn Price, through undersigned counsel, request that the status conference currently scheduled for February 22, 2022 at 1:00 p.m. be continued until March 15, 2022 or thereafter, and that the Court exclude the time until that next status conference date from the time within which the indictment must be returned and the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv).  In support, the parties submit as follows:

1. Mr. Price is currently in inpatient treatment, as ordered by Judge Harvey on January 6, 2022.  *See* Dkt. (minute order of January 6, 2022).  Judge Harvey indicated on January 6, 2021 that a hearing should be scheduled before the duty magistrate judge shortly after Mr. Price completes his inpatient treatment.

2. Defense counsel is currently counsel of record in an ongoing attempted murder trial. This trial will dramatically reduce the amount of time defense counsel has available to

review discovery and consult with his client between now and on or after March 15, 2022.

3. The government outlined in its recent discovery status memorandum, *see* Dkt. 24—which is incorporated herein by reference—the significant additional discovery recently provided to the defendant in this case. Defense counsel requires time to gain access to these new discovery platforms, review any additional discovery relevant to the defendant's case, and discuss that discovery with the defendant.

4. Accordingly, the parties now jointly move this Court to continue the status conference, currently scheduled for February 22, 2022, until a date on or after March 15, 2022. Such a continuance will allow for the continued provision and review of discovery in this unusual and complex case, and will grant counsel for the defendant and the attorney for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Proceeding to trial without such a continuance would be likely to result in a miscarriage of justice, would make it unreasonable to expect adequate preparation for pretrial proceedings and trial itself due to the unusual and complex nature of the prosecution, and would deny counsel for both parties the time necessary for effective preparation.

5. The parties also request that the time until the date of the continued status conference in this matter be excluded from calculation of the time necessary to return an indictment or commence a trial, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161. The parties submit that a continuance is warranted and that an order excluding time would best serve the interests and ends of justice and outweigh the interests of the public and defendant in a speedy trial.

WHEREFORE, the United States and Mr. Price request that this Court continue the status conference currently scheduled February 22, 2022 at 1:00 p.m. be continued until March 15, 2022 or thereafter, and that the Court exclude the time until that next status conference date from the time within which the indictment must be returned and the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv). .

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

*/s/ William Dreher*
WILLIAM DREHER
Assistant U.S. Attorney
U.S. Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-4579


*/s/ Harley Breite*
HARLEY BREITE
The Law Office of Harley D. Breite
331 Straight Street
Paterson, N.J. 07501
(973) 872-0604